No. 8, Misc. BUSH v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals

of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *W. V. Geppert* and *George P. Blackburn,* Assistant Attorneys General, for respondents.